JAMES W. BROWN, as Administrator of the Estate of MARY AHEARN, Deceased, Respondent, *v.* FRANCIS J. McCULLOUGH, Doing Business under the Name of F. J. McCULLOUGH Co., Defendant, and FREDERICK W. GURNEY, Appellant.

(Argued October 23, 1934; decided November 20, 1934.)

*John J. McGinty, Joseph C. Thomson* and *Frederick Mellor* for appellant.

*John C. Spallone* and *William Levin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN HUBBS, CROUCH and LOUGHRAN, JJ.